**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER GRANTING MOTION TO SEAL** |
| Storage Unit #061 | ) | |
| Rented by Clifford Eaton | ) | |
| Located at ABC RV & Mini Storage | ) | |
| 612 2nd Avenue NW | ) | Case No.  3:08-mj-106 |
| West Fargo, ND  58078 | ) | |

On motion of the Government and for the reasons stated in support of its motion,

**IT IS ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments in the above-captioned matter, including the supporting affidavit, Search Warrant Return, Motion to Seal, and this Order, are sealed until further order of the court.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2008.

                                                    */s/  Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Juge